# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T., by and through his guardian ad litem JANICE WOLFE,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　Defendant. | Case No.: 1:16-cv-01492 - DAD - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS TO PROCEED IN FORMA PAUPERIS AND DIRECTING THE CLERK TO ISSUE NEW CASE DOCUMENTS<br><br>(Docs. 7, 8) |

　　　　Plaintiff J.T. seeks to proceed in this action against Tehachapi Unified School District by and through his mother Janice Wolfe (who is seeking appointment as the child's guardian ad litem), who filed requests to proceed *in forma pauperis*. (Docs. 7, 8)

　　　　The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the motion and information provided therein, and finds Ms. Wolfe satisfies the requirements of 28 U.S.C. § 1915(a). Accordingly, the Court **ORDERS**:

　　　　1.　　Plaintiff's requests to proceed *in forma pauperis* are **GRANTED**;

　　　　2.　　The Clerk of Court is DIRECTED to issue summons as to the defendant;

　　　　3.　　The Clerk of Court is DIRECTED to issue and serve Plaintiff with New Civil Case

Documents, including the Order regarding Consent, the Consent Form, and USM-285 Forms; and

4. The U.S. Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by Plaintiff in the USM Forms.

IT IS SO ORDERED.

Dated:  **November 8, 2016**        **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE