UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T., by and through his guardian ad litem JANICE WOLFE,<br><br>Plaintiffs,<br><br>v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 1:16-cv-01492 DAD JLT<br><br>ORDER GRANTING STIPULATION TO EXTEND THE BRIEFING SCHEDULE<br><br>(Doc. 39) |

Counsel have stipulated to amend the briefing schedule to allow more time for the filing of the opposing brief and, consequently, the reply brief and the date for the hearing on the briefs. (Doc. 39) In addition, Counsel stipulate to the continuation of the further scheduling conference following the hearing on the briefs. Id. Counsel indicate only that their "work schedules" have necessitated the request. Id.

Based upon the stipulation, the Court **ORDERS** the briefing schedule is amended as follows:

1. The opening brief **SHALL** be filed no later than **June 30, 2017**;
2. The opposing brief **SHALL** be filed no later than **July 28, 2017**;
3. The reply brief, if any, **SHALL** be filed no later than **August 18, 2017**; and
4. The hearing on this matter is continued to **September 19, 2017** at **8:30 a.m**. before the Honorable Dale A. Drozd, United States District Court Judge, in Courtroom 5; and

5. Thee further scheduling conference currently scheduled for September 18, 2017 is continued to **October 30, 2017** at **9:00 a.m.** The parties shall file a joint status report seven days prior to the hearing.

IT IS SO ORDERED.

Dated: **May 31, 2017** /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE