McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Anthony N. DeMaria, #177894
Todd W. Baxter, #152212
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for TEHACHAPI UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| J.T. (A minor, by and through his grandparent and Guardian ad Litem, JANICE WOLFE), <br><br> Plaintiff, <br><br> v. <br><br> TEHACHAPI UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No. 1:16-cv-01492-DAD-JLT <br><br> **STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING AND FURTHER SCHEDULING CONFERENCE AND ORDER THEREON** |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Defendant TEHACHAPI UNIFIED SCHOOL DISTRICT ("Defendant") and Plaintiff, J.T. (a minor, by and through his grandparent and Guardian ad Litem, JANICE WOLFE) ("Plaintiff"), as follows:

1. In light of on-going conflicts with counsel's work schedules, the merits briefing schedule shall be amended as follows:

   a. Plaintiff's opening brief shall be filed no later than **July 21, 2017**.

   b. Defendant's opposition brief shall be filed no later than **August 21, 2017**.

   c. Plaintiff's reply brief, if any, shall be filed no later than **September 6, 2017**.

2. The hearing on this matter shall be set before the Honorable Dale A. Drozd, United States District Court Judge, in Courtroom 5, on **October 3, 2017** at 9:30 a.m.

///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING
AND FURTHER SCHEDULING CONFERENCE AND ORDER THEREON

3. The further scheduling conference currently scheduled for October 2, 2017 will be continued to **October 16, 2017** at 9:15 a.m. The parties shall file a joint status report seven days prior to the hearing.

4. All other orders in this matter, unless specifically modified herein, shall remain in full force and effect.

Dated: June 29, 2017　　　　　　　　　　　　　　LAW OFFICE OF ANDREA MARCUS

By: */s/ Andrea Moore Marcus*
Andrea Moore Marcus
Attorneys for J.T. (a minor, by and through his grandparent and Guardian ad Litem, JANICE WOLFE)

Dated: June 29, 2017　　　　　　　　　　　　　　McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Todd W. Baxter*
Todd W. Baxter
Attorneys for TEHACHAPI UNIFIED SCHOOL DISTRICT

**ORDER**

The Court **GRANTS** the stipulation to amend the case schedule as follows:

1. Plaintiff's opening brief shall be filed no later than **July 21, 2017**.

2. Defendant's opposition brief shall be filed no later than **August 21, 2017**.

3. Plaintiff's reply brief, if any, shall be filed no later than **September 6, 2017**.

4. The hearing on this matter shall be set before the Honorable Dale A. Drozd, United States District Court Judge, in Courtroom 5, on **November 7, 2017 at 8:30 a.m.**

5. A further scheduling conference is set on **January 8, 2017** at 8:30 a.m.

///

///

**Counsel are advised that no further extensions of time will be granted absent a showing of exceptional good cause. Having a busy schedule does not constitute good cause, let alone exceptional good cause.**

IT IS SO ORDERED.

Dated: **June 29, 2017**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3
STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING
AND FURTHER SCHEDULING CONFERENCE AND ORDER THEREON

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING
AND FURTHER SCHEDULING CONFERENCE AND ORDER THEREON