1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   J.T., a minor, by and through his guardian          No.  1:16-cv-01492-DAD-JLT
     ad litem Janice Wolfe,
12
                    Plaintiff,
13                                                        ORDER UNSEALING PRIOR ORDER OF
         v.                                               COURT
14
     TEHACHAPI UNIFIED SCHOOL                             (Doc. No. 50)
15   DISTRICT,

16                  Defendant.

17

18          In a prior sealed order, this court denied plaintiff's appeal from an administrative law

19   judge's ruling concerning an Individuals with Disabilities Education Act ("IDEA") claim.  As

20   explained in that order, the entire administrative record with respect to that claim had previously

21   been sealed, given the personal information regarding plaintiff, a minor child, appearing

22   throughout that record.  (Doc. No. 50 at 10 n.9.)  To accommodate any privacy concerns the

23   parties might have, the court directed that its order denying the IDEA appeal, which discussed the

24   sealed administrative record, initially be sealed as well.  (*Id.*)  The parties were then given

25   fourteen days from the date of service of that order to submit any proposed redactions necessary

26   to protect personal information of the minor child, along with a memorandum providing the

27   authority for the proposed redactions, and were advised that a failure to file these documents

28   would result in the court's order being unsealed without further notice.  (*Id.*)  The order was

served on the parties on February 9, 2018.  No requests for redaction have been filed, and the time in which to do so has now passed.

Therefore, the Clerk of the Court is directed to unseal the court's order of January 29, 2018 (Doc. No. 50) and enter it on the public docket.

IT IS SO ORDERED.

Dated:   **March 7, 2018**                          _____
                                                    UNITED STATES DISTRICT JUDGE