| | |
|---|---|

1

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11  J.T., by and through his guardian ad litem  ) Case No.: 1:16-cv-01492 - DAD - JLT
    JANICE WOLFE,                             )
12                                            ) ORDER AFTER NOTICE OF SETTLEMENT
                    Plaintiff,                )
13                                            )
         v.                                   )
14                                            )
    TEHACHAPI UNIFIED SCHOOL                  )
15  DISTRICT,                                 )
                                              )
16                  Defendants.               )
                                              )

17

18         Today, at the hearing on a motion to compel a mental examination, the defense counsel

19  reported that the parties have resolved the matter subject to approval by the school boards.  Thus, the

20  Court **ORDERS**:

21         1.    The motion to compel the student's mental examination (Doc. 74) is **DROPPED**;

22         2.    The motion for approval of the minor's compromise SHALL be filed no later than

23  **February 1, 2019** and set before District Judge Dale A. Drozd;

24         3.    All pending dates, conferences and hearings are **VACATED**.

25  ///

26  ///

27  ///

28  ///

1  **The parties are advised that failure to comply with this order may result in the Court**

2  **imposing sanctions, including the dismissal of the action.**

3

4  IT IS SO ORDERED.

5      Dated:     **December 17, 2018**                    **/s/ Jennifer L. Thurston**

6                                                          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28