# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T., by and through his guardian ad litem JANICE WOLFE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Defendant. | Case No.: 1:16-cv-01492 - DAD - JLT<br><br>ORDER CLOSING THE CASE<br><br>(Docs. 83, 85) |

The parties agree the matter should be dismissed. (Docs. 83, 85) Federal Rules of Civil Procedure 41 permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court construes the motion to dismiss filed by the plaintiff and the stipulation for dismissal filed by the defense to be a stipulation under Rule 41. (See Doc. 84) Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **March 28, 2019**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE